ORDERED UNSEALED on 10/19/2026 s/ judepeters
SEALED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

PAMELE ARBUES LINE,
Aka "Pamelle Line,"

Defendant

Magistrate Case No.: 26mj6260

Title 18, U.S.C., Sec. 1425(a) – Unlawful Attempted Procurement of Naturalization (Felony); Title 18, U.S.C., Sec. 1015(a) – False Statement Under Oath in Matter Relating to Naturalization or Citizenship (Felony)

**FILED UNDER SEAL**

The undersigned complainant being, duly sworn, states:

<u>Count 1</u>

On or about October 15, 2026, within the Southern District of California, defendant PAMELE ARBUES LINE, aka "Pamelle Line," did knowingly attempt to procure naturalization, and evidence of naturalization and citizenship for herself, contrary to law, in that she denied that she ever registered to vote and voted in the United States to an immigration officer with the U.S. Citizenship and Immigration Services during her naturalization interview; in violation of Title 18, United States Code, Section 1425(a).

Count 2

On or about October 15, 2026, within the Southern District of California, defendant PAMELE ARBUES LINE, aka "Pamelle Line," did knowingly make a false statement under oath, to an immigration officer with the U.S. Citizenship and Immigration Services during her naturalization interview, a case, proceeding, and matter relating to, under, and by virtue of any law of the United States relating to naturalization, to-wit: she denied she ever claimed to be a United States citizen; in violation of Title 18, United States Code, Section 1015(a).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

NICOLAS C CARMONA Digitally signed by NICOLAS C CARMONA Date: 2026.10.16 13:22:27 -07'0

NICOLAS C. CARMONA
Special Agent
Homeland Security Investigations

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 16, 2026.

HON. MICHAEL S. BERG
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT IN SUPPORT OF COMPLAINT

I am a Special Agent with Homeland Security Investigations ("HSI") with the Department of Homeland Security ("DHS") and have been so since September 2025. Prior to joining HSI, I was a Deportation Officer since February 2025. I am currently assigned to the Document and Benefit Fraud Task Force ("DBFTF") at the Office of the Special Agent in Charge ("SAC") in San Diego, California. I generally investigate crimes involving criminal immigration related fraud including identity fraud, immigration related document fraud, the unlawful use of government issued documents or benefits, naturalization fraud and voter fraud. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the Complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

According to DHS records, PAMELE ARBUES LINE, also known as Pamelle Line, has been a lawful permanent resident ("LPR") of the United States since 1982. DHS records show that LINE was born in the Philippines and that the Philippines is her country of citizenship or nationality. On or about June 5, 2026, LINE submitted an electronic Application for Naturalization ("Form N-400") to the U.S. Citizenship and Immigration Services ("USCIS") under DHS. USCIS is the agency that adjudicates immigration benefits including the Form N-400. The N-400 is part of the process for an LPR to naturalize and become a U.S. citizen.

In the Form N-400, LINE answered a series of questions, including "Part 9. Additional Information About You". Part 9 includes an introduction including certain words in all caps as is:

> When a question includes the word "EVER," you must provide information about any of your actions or conduct that occurred anywhere in the world at any time, unless the question specifies otherwise. If you answer "Yes" to any of the questions in Item Numbers 1.-14. in Part 9, Item Numbers 1.-14., provide explanations and any additional information in the space provided in Part 14. Additional Information.

Underneath the introduction are a series of questions with "Yes" and "No" boxes. LINE's submitted Form N-400 shows the following questions:

1. Have you EVER claimed to be a U.S. citizen (in writing or any other way)?

2. Have you EVER registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer "No."

As to both questions, the "No" box had an "X", and the "Yes" box was left empty. According to LINE's submitted Form N-400, there was no completed Part 14.

Towards the end of LINE's submitted Form N-400 is Part 11 that includes the following:

> ***Applicant's Certification and Signature***
>
> I certify, under penalty of perjury, that I provided or authorized all of the responses and information contained in and submitted with my application, I read and understand or, if interpreted to me in a language in which I am fluent by the interpreter listed in Part 12., understood, all of the responses and information contained in, and submitted with, my application, and that all of the responses and the information are complete, true, and correct. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for an immigration request and to other entities and persons where necessary for the administration and enforcement of U.S immigration law.

Under "Applicant's Signature", LINE provided the electronic signature "Pamele Arbues Line" and the "Date of Signature" as "06/05/2026".

On October 15, 2026, LINE had her N-400 interview with USCIS in its office in San Diego, California. After the USCIS immigration officer introduced himself during the interview, LINE showed the officer her identification and confirmed her name and date of birth. The officer told LINE that the interview was being recorded. The officer then told LINE that they were there for her Form N-400, Application for Naturalization. The officer then had LINE stand, raise her right hand and promise that she would tell the truth.

The officer asked LINE if she had an attorney. LINE responded that she did not. She then asked if she needed to get an attorney. The officer explained she did not, but that it was up to her if she wanted to get one.

During the interview, the officer went over LINE's submitted Form N-400. When asked about the citizenship of her parents, LINE provided her mother's naturalization certificate. On review, the officer determined LINE was 19-years-old when LINE's mother naturalized and concluded that LINE did not derive citizenship from her mother.

The officer later advised LINE that the officer was turning to "the eligibility questions." The officer advised LINE that if she did not understand the questions, was confused or needed the officer to repeat something to let the officer know. The

officer also could explain the questions a different way if she did not understand them. The officer told LINE to let the officer know if the officer was going too fast. LINE indicated she understood. The officer then asked LINE, "have you ever claimed to be a U.S. citizen in writing or in any other way?" LINE responded, "No." The officer then asked, "have you ever registered to vote or voted in any federal, state, or local elections in the United States?" LINE responded, "No."

After going through the remainder of the eligibility questions, the officer had LINE review changes to her prior answers to the Form N-400. The officer advised LINE that, if "everything is good to go," she should sign the tablet. LINE then signed the tablet.

The officer then advised LINE that the officer was now going to take a "record of sworn statement" in which he would ask a series of questions, and type the answers. The officer explained that, at the end of the interview, he would give LINE the time to review and proofread those statements before signing the document. The officer reminded LINE that she was still under oath, that she was there voluntarily on her own will, and that if she ever did not want to continue she could leave.

The officer asked LINE if she "ever claimed to be a United States citizen?" LINE responded, "No." The officer asked LINE if she had ever "registered to vote in the United States?" LINE responded, "No." The officer asked LINE if she had "ever voted in any type of elections." LINE responded, "No." The officer asked LINE if she had "ever unintentionally registered to vote?" LINE responded that when she renewed her driver's license, "there was a part there" that asked her about "which political party" to select. When asked if she responded to that part, LINE said, "I did." When the officer asked when this happened, LINE responded it happened earlier this year. The officer asked LINE if she recalled if she made similar statements on previous driver's license renewal applications. LINE responded that the same question was "always at the end" and dealt with the same question when she would renew her driver's license but she could not remember what she did.

The officer asked LINE if she ever received ballots at home or voting mail-in ballots. LINE said she did not but that they would be addressed to her boyfriend. She said that all she received were booklets about the politicians. She said the booklet did not give her anything to fill out. Going back to her DMV license application, the officer asked LINE if she remembered if it asked her if she was U.S. citizen. LINE said she did not remember if she was asked that question.

The officer then said to LINE, "as you are aware, in 2024 we had a presidential election, did you participate in any way in that election?" LINE responded, "No." The officer asked LINE that, as far as she was aware, if her boyfriend or anyone else

participated on her behalf in that election. LINE indicated no one did so. The officer then went back to LINE's statement that she received booklets, and asked her if she received any other types of communication from the Election Office. LINE responded, "No" but explained she would receive "fliers" that she would "never pay attention to."

The officer asked LINE if she had ever been a victim of stolen identity. LINE responded, "Yes." LINE explained that an FBI agent once came to her house and explained to her that someone had her identification and it was used to purchase items. She said that the FBI agent told her the person was caught. LINE stated that the agent returned LINE's identification back to her. LINE said this occurred 15 years ago or so.

Going back to the booklets, the officer asked LINE how long ago she had received the voting booklet. LINE told the officer that she received it in the past year.

The officer then asked LINE, "is there anything else you would like to disclose regarding my questions today, or any other comments you would like to make before we end the interview?" LINE answered, "No, not at this time." The officer then asked, "are your answers to this sworn statement questionnaire true, complete, and correct to the best of your knowledge?" LINE responded, "Yes."

The officer then provided LINE with her record of sworn statement in paper form and provided her time to read and review the statement for accuracy. The officer told LINE to let the officer know if she remembers something or wants to clarify anything. The officer said if anything on the document was not what she answered, to let the officer know. LINE then reviewed the document and signed it. The officer advised LINE that the officer would provide the outcome of that day's interview and provided paperwork that showed a decision could not be made at that time. LINE asked if there was a reason and the officer explained it was an older file and that they needed time to review.

On or about October 15, 2026, at approximately 9:55 a.m., your affiant along with another Special Agent with HSI interviewed LINE in the same building as USCIS. The interview was audio and video recorded. We introduced ourselves as agents with Homeland Security Investigations and displayed our agency-issued identification and credentials. We were in plain clothes with no weapons visible.

The primary agent informed LINE that we were reviewing her Form N-400 Application for Naturalization about where she said she never voted in an election or said she was a U.S. citizen. The primary agent told LINE that the interview was voluntary and that she can leave. The primary agent reminded LINE that he was a federal officer, that she needed to tell the truth and that there were charges for not

doing so. The primary agent told LINE that he would be reading her "rights." The primary agent explained that, after him reading them to her, LINE could decide if she wants to speak with them or not. The primary agent then provided a form for LINE in front of her and then the agent read LINE her constitutional rights per *Miranda* from the form. The agent confirmed that LINE understood her rights. The agent again reiterated the interview was voluntary and that she was free to leave at any time. The agent then asked if LINE wished to continue with the interview. LINE advised she wished to continue with the interview. The agent then had LINE read out loud from her Statement of Rights. LINE said she understood them and then signed and dated the Statement of Rights.

The agent then told LINE that he had listened to her N-400 interview. The agent explained how the interviewer went over "line-by-line" on her Form N-400. The agent referred to Part 9 of LINE's Form N-400 in which she answered "No" to having ever claimed to be a U.S. citizen and having ever registered to vote or voted in any Federal, state or local election.

The primary agent then explained to LINE that there was documentation showing that she registered to vote. The agent then showed LINE five completed California Voter Registration Forms, dated 10/10/2017 (showing a WEB / WEB submission), 1/26/2021 (showing a DMV / DMV (Online) submission), 1/20/2022 (showing a DMV / DMV (Online) submission), 7/26/2022 (showing a DMV / DMV (Online) submission), and 1/21/2026 (showing a DMV / DMV (Online) submission). Each Form contained LINE's personal information such as her birth date and California identification number. Each Form was missing her birth place and last four digits of her social security number. Each Form, however, had a signature attesting that LINE was a U.S. citizen.

LINE first reviewed the California Voter Registration Form, dated 1/21/26 and confirmed her signature was on that Form. LINE reviewed each of the other Forms that included the statement that she was a U.S. citizen and confirmed her signature was on those Forms.

The agent then went back to LINE's Form N-400 in which she claimed to never having registered to vote. LINE agreed the claim was incorrect.

LINE also was shown a copy of one side of the mail-in ballot envelope from the November 5, 2024 General Election bearing her name, address, and a signature, dated October 18, 2024. LINE also confirmed the signature on the envelope was her signature.

When asked if she had voted, LINE admitted she had voted but that she tried to withdraw it. She later clarified that she did not go through with the process to do

so. LINE explained that "all this time," she thought she was a U.S. citizen. She explained that she found out that she was not a U.S. citizen when she went to the Social Security Administration to get a new social security card, and they advised her that she was not a citizen of the United States. LINE said that same day she went to the Social Security Administration was the same day she applied for naturalization.

LINE showed the agents her mother's certificate of naturalization. LINE said her mother told LINE and her two siblings that the three of them were "carried under" the mother's certificate of naturalization.

LINE reconfirmed that she learned she was not a U.S. citizen when she went to the Social Security office to get a replacement card on or about June 6, 2026. What prompted her going there was a difference in the spelling of her first name with the DMV and Social Security. When she went to the Social Security office, they said she needed two forms of identification.

LINE then explained that she earlier had gone to the DMV. She explained that she went so she could try and correct the spelling of her first name with the DMV. LINE said that the DMV told her they needed her social security identification or her passport. LINE then said her "passport" had expired around 1982.

LINE also said the agencies would not accept her "green card." When asked why she thought she was a U.S. citizen when she had a green card, LINE explained again that her mother had told her siblings and her that they became U.S. citizens through the mother's naturalization.

LINE said she tried to retrack her vote. She said that she was told to write somewhere but that she did not do it. The agent asked LINE why she could not just answer "yes" to the officer's questions about her registering to vote and explain her reasons as part of the N-400 process. LINE initially explained that the question was at the end of the process of her driver's license. She then said that she wanted to retrack. LINE then said, "I should have said yes, It's my fault." The agent pointed out LINE was given a couple of chances to change her answer but that she continued to deny. LINE said that she did not admit because she was nervous and scared.

LINE said there was only one time she cast a ballot and said she was making a true statement. She reiterated that she thought she gained citizenship through her mother.

## REQUEST FOR SEALING

Your affiant requests the Court to issue an Order sealing all the papers submitted in support of this Complaint, including the Probable Cause Statement and the Arrest Warrant until Monday, October 19, 2026 at 6:00 a.m. Sealing is necessary because premature disclosure of the contents of this Probable Cause Statement and the related documents may seriously jeopardize the success of the investigation including ongoing contact with the defendant. Accordingly, it is requested that the Arrest Warrant, Complaint and Probable Cause Statement and any other related materials be sealed until Monday, October 19, 2026 at 6:00 a.m.